UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHERN LIGHTS POWER AND ENERGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>M/Y BREATHE, A 2000 57-FOOT BAYLINER MOTOR YACHT, U.S.C.G. OFFICIAL NO. 1108348, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, IN REM,<br><br>Defendant. | Case No. 25-cv-02486-VKD<br><br>**WARRANT FOR ARREST OF VESSEL** |

TO THE UNITED STATES MARSHAL OF THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff Northern Lights Power and Energy, Inc. ("Northern Lights") filed this admiralty and maritime action *in rem* against Defendant M/Y Breathe, a 2000 57-foot Bayliner Motor Yacht, United States Coast Guard Official No. 1108348, its engines, tackle, accessories, equipment, furnishings and appurtenances ("M/Y Breathe"). Northern Lights seeks to foreclose a maritime lien under the Federal Maritime Lien Act, 46 U.S.C. §§ 31301, *et seq.*, and the Court has issued an order authorizing the issuance of a warrant for arrest of M/Y Breathe. Dkt. Nos. 1, 9. Accordingly,

YOU ARE HEREBY COMMANDED to arrest and take into your custody, or in the custody of an authorized Substitute Custodian, the vessel M/Y Breathe, until further order of the Court respecting the vessel or upon express authorization from Northern Light's attorney, in

accordance with Federal Rule of Civil Procedure Supplemental Rule E. If the character or situation of the vessel is such that the taking of actual possession is impracticable, you are to affix a copy of the warrant in a conspicuous place on the vessel and leave a copy of the warrant, the Court's Order Authorizing Issuance of a Warrant for Arrest of Defendant Vessel, and the complaint in the action with the person having possession of the vessel or his agent. *See* Fed. R. Civ. P. Supp. E(4)(b);

YOU ARE FURTHER AUTHORIZED to make a written request to the collector of customs (if necessary) not to grant clearance to the M/Y Breathe until notified by the Marshal or the clerk that the M/Y Breathe has been released in accordance with Supplemental Rules for Admiralty Rule E, Federal Rules of Civil Procedure; and

YOU ARE FURTHER COMMANDED, after execution of this process, to file this process with the Court, and mail a copy of the return to Northern Light's attorney at: Gordon Rees Scully Mansukhani, LLP, Attn: James A. Marissen, 5 Park Plaza, Suite 1100, Irvine, CA 92614.

Dated: March 14, 2025



Mark B. Busby

_____
Clerk, United States District Court